## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LARRY JONES**                                                              **PLAINTIFF**

**VS.**                               **4:06CV01578-WRW**

**MOUNTAIRE CORPORATION LONG TERM**
**DISABILITY PLAN and THE PRUDENTIAL**
**INSURANCE COMPANY OF AMERICA**                           **DEFENDANTS**


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that Plaintiff's Motion for Summary Judgment is GRANTED

and Defendants' Motion for Summary Judgment is DISMISSED.

Defendants must pay all back-benefits due and owing along with prejudgment

interest, and reasonable attorney fees.

IT IS SO ADJUDGED dated this 16th day of August 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE