IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY G. JONES**                                                                                   **PLAINTIFF**

v.                                                    **4:06CV01578-WRW**

**MOUNTAIRE CORPORATION LONG
TERM DISABILITY PLAN and THE
PRUDENTIAL INSURANCE COMPANY
OF AMERICA**                                                                                 **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for Fees and Costs (Doc. No. 21). Defendants have responded (Doc. No. 23).

The motion is DENIED without prejudice. Plaintiff may refile the motion following a decision by the Eighth Circuit Court of Appeals. However, the "Summary of Time Spent in Litigation" should be much more specific than the summary attached to the August 28, 2007 motion.

IT IS SO ORDERED this 18th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE